# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SABOURAH EDWARDS, | : | NO. 3:23-CV-01590 |
|    Plaintiff, | : | |
| | : | |
| v. | : | (CAMONI, M.J.) |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
|    Defendant. | : | |

## **ORDER**

In accordance with the accompanying Memorandum Opinion, it is

ORDERED that:

(1) The decision of the Commissioner of Social Security denying Plaintiff's benefits under the Social Security Act is AFFIRMED;

(2) Final judgment will be entered in the Defendant's favor; and

(3) The Clerk of Court is directed to CLOSE this case.

Date: October 7, 2025                    s/*Sean A. Camoni*
                                                    Sean A. Camoni
                                                    United States Magistrate Judge